IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROTHE DEVELOPMENT CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF DEFENSE, )<br>et al. )<br>)<br>Defendants. )<br>) | Misc. No. 06-MC-0281 (RMC) |

**NOTICE OF RELATED CASE**

Counsel for respondent in the above-captioned miscellaneous action hereby gives notice of a related case pursuant to Local Civil Rule 40.5(b)(3).

Local Civil Rule 40.5(b)(3) provides that

Whenever an attorney for a party in a civil, including miscellaneous, or criminal action becomes aware of the existence of a related case or cases, the attorney shall immediately notify, in writing, the judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

Local Civil Rule 40.5(a)(3) provides that

Civil, including miscellaneous, cases are deemed related when the earliest is still pending on the merits in the District Court and they . . . (ii) involve common issues of fact, or (iii) grow out of the same event or transaction.

**RECEIVED**

JUN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

The above-captioned miscellaneous action involves a motion to compel respondent, the United States Department of Justice, to produce documents and stand for a deposition pursuant to a third-party subpoena issued to respondent by plaintiff on or about May 17, 2006. The motion to compel is related to a civil action pending in the United States District Court for the Western District of Texas, *Rothe Development Corp. v. U.S. Dep't of Defense and U.S. Dep't of the Air Force*, Civil Action No. 98-CV-1011 (Rodriguez, J.).

Two other motions by plaintiff to enforce other third-party subpoenas arising from the same underlying Texas civil action are currently pending on the merits in this Court in *Rothe Development Corp. v. U.S. Dep't of Commence, et al.*, Misc. No. 05-MC-0514 (PLF).

The above-captioned miscellaneous action and Misc. No. 05-MC-0514 are related because both are still pending on the merits in this Court and involve common issues of fact and grow out of the same event or transaction (*i.e.*, similar third-party discovery requests in the same underlying civil action in the Western District of Texas).

    Respectfully submitted,

    /Kenneth L. Wainstein/dvh
    KENNETH L. WAINSTEIN
    D.C. Bar No. 451058
    United States Attorney

*/s/ Rudolph Contreras/dvh*
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

*/s/ Daniel F. Van Horn*
DANIEL F. VAN HORN
D.C. Bar No. 924092
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Related Case was served on June 26, 2006, by first-class mail postage prepaid, addressed to plaintiff's counsel:

> DAVID F. BARTON, Esq.
> THE GARDNER LAW FIRM, P.C.
> 745 EAST MULBERRY AVE., SUITE 100
> SAN ANTONIO, TEXAS 78212-3167

*/s/ Daniel F. Van Horn*
DANIEL F. VAN HORN
D.C. Bar No. 924092
ASSISTANT UNITED STATES ATTORNEY
ROOM E-4116
555 FOURTH ST., N.W.
WASHINGTON, D.C. 20530
(202) 514-7168
daniel.vanhorn@usdoj.gov