IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROTHE DEVELOPMENT CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF DEFENSE, ) <br> *et al.* ) <br> ) <br> Defendants. ) <br> ) | Misc. No. 06-MC-0281 (RMC) |

**MOTION FOR EXTENSION OF TIME**

The United States Department of Justice ("respondent"), by and through its undersigned attorneys, hereby moves for an extension of time to and including July 10, 2006, to oppose the motion by the plaintiff in the above-captioned case to compel respondent to produce documents and stand for a deposition pursuant to a subpoena issued to respondent by plaintiff on or about May 17, 2006. In support of this motion, respondent states as follows:

1. Plaintiff's motion to compel was sent to counsel for respondent via Federal Express on June 12, 2006, and was received by counsel for respondent on the following day.

**RECEIVED**

JUN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. The motion to compel is related to a civil action pending in the United States District Court for the Western District of Texas, *Rothe Development Corp. v. U.S. Dep't of Defense and U.S. Dep't of the Air Force*, Civil Action No. 98-CV-1011 (Rodriguez, J.). Respondent is counsel for the defendants in that civil action, but is not itself a party to that action

3. In accordance with the Court of Appeals's decision in *In re Sealed Case*, 141 F.3d 337, 338-39 (D.C. Cir. 1998), and the Advisory Committee Note to Fed. R. Civ. P. 45, respondent intends to file a motion for a protective order in the court where the underlying civil action is pending with respect to the discovery being sought from respondent by plaintiff's subpoena and the motion to compel pending before this Court. Upon filing the motion for protective order, respondent further intends to request that this Court stay the proceedings on plaintiff's motions to compel pending resolution of the motion for protective order by the District Court in Texas. This procedure would be consistent with the procedure this Court adopted in 2003 in a discovery dispute arising from the same underlying civil action, where this Court stayed motions to compel until the trial court in Texas ruled on associated motions for protective orders. *See Rothe Development Corp. v. Dep't of Defense, et al.*, Misc. No. 03-MC-093 (PLF) (Docket #5); *Rothe Development Corp. v. Dep't of Defense, et al.*, Misc. No. 03-MC-094 (PLF) (Docket #5). In addition, the Court has recently adopted the same procedure with respect to other pending motions by plaintiff to enforce other third-party subpoenas also arising

from the same underlying Texas civil action. *See Rothe Development Corp. v. U.S. Dep't of Commence, et al.*, Misc. No. 05-MC-0514 (PLF) (Minute Order entered February 10, 2006).

4. The trial court in the Western District of Texas is scheduled to hold a status conference on June 30, 2006, to consider discovery matters in the underlying civil action. The scope of permissible discovery in the case may be clarified as a result of that status conference.

5. Respondents' last undersigned counsel attempted to confer by telephone about this motion with plaintiff's counsel, David F. Barton, Esquire, but was advised that Mr. Barton was in a deposition and so was unavailable. Mr. Barton had not yet returned counsel's telephone call as of the time this motion was transmitted to the Court's Clerk.

Therefore, based on the foregoing, respondents respectfully request that the Court grant this motion and extend the time for respondents to oppose plaintiff's motions to compel to and including July 10, 2006. A proposed Order is attached.

Respectfully submitted,

*/s/ Kenneth L. Wainstein*
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

*[signature]*
DANIEL F. VAN HORN
D.C. Bar No. 924092
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was served on June 26, 2006, by first-class mail postage prepaid, addressed to plaintiff's counsel:

>DAVID F. BARTON, Esq.
>THE GARDNER LAW FIRM, P.C.
>745 EAST MULBERRY AVE., SUITE 100
>SAN ANTONIO, TEXAS 78212-3167

*[signature]*
DANIEL F. VAN HORN
D.C. Bar No. 924092
ASSISTANT UNITED STATES ATTORNEY
ROOM E-4116
555 FOURTH ST., N.W.
WASHINGTON, D.C. 20530
(202) 514-7168
daniel.vanhorn@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROTHE DEVELOPMENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 06-MC-0281 (RMC) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of the motion by the United States Department of Justice ("respondent") for an enlargement of time to oppose plaintiff's Motion for Order Compelling a Representative of the Department of Justice to Permit Inspection of Documents and Stand of a Deposition, it is

ORDERED, that respondent's motion is hereby GRANTED; and it is

FURTHER ORDERED, that the due date for respondent's opposition is hereby extended to and including July 10, 2006.

IT IS SO ORDERED on this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

copies to:

DAVID F. BARTON, Esq.
THE GARDNER LAW FIRM, P.C.
745 EAST MULBERRY AVE., SUITE 100
SAN ANTONIO, TEXAS 78212-3167

DANIEL F. VAN HORN, Esq.
ASSISTANT UNITED STATES ATTORNEY
CIVIL DIVISION, ROOM E-4816
555 FOURTH ST., N.W
WASHINGTON, D.C. 20530