## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROTHE DEVELOPMENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Misc. No. 06-MC-0281 (RMC) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

### [Proposed] ORDER

Upon consideration of the unopposed motion by respondent, the United States Department of Justice, to stay further proceedings in the above-captioned miscellaneous case, it is hereby

ORDERED, that respondent's motion is GRANTED; and it is

FURTHER ORDERED, that this case is STAYED pending resolution by the District Court for the Western District of Texas, San Antonio Division, of the motions to compel and for protective order that are currently pending before that court with respect to the third-party discovery sought from respondent by plaintiff.

IT IS SO ORDERED on this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Serve:

DAVID F. BARTON, Esq.
THE GARDNER LAW FIRM
745 EAST MULBERRY AVENUE, SUITE 100
SAN ANTONIO, TEXAS 78212-3149

DANIEL F. VAN HORN, Esq.
ASSISTANT UNITED STATES ATTORNEY
CIVIL DIVISION, ROOM E-4816
555 FOURTH STREET, N.W.
WASHINGTON, D.C. 20530