ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROTHE DEVELOPMENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 06-MC-0281 (RMC) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF FILING

The United States Department of Justice ("respondent"), by and through its

undersigned attorneys, hereby notifies the Court that, on July 27, 2006, respondent filed

and served a *Motion to Vacate Stay, Deny Motion to Compel, Quash Subpoena, and*

*Dismiss Case* in the above-captioned miscellaneous case. The motion was filed in the

Clerk's Office in paper form because electronic filing is not permitted in miscellaneous

cases unless expressly permitted by the Court, and no Order permitting electronic filing

had been entered in this case.

As a result of a routine case review within the United States Attorney's Office, it

has recently come to undersigned counsel's attention that respondent's July 27, 2006

motion does not appear on the Court's public docket, and has apparently been misplaced

## RECEIVED

MAR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

by the Clerk's Office.  Accordingly, a copy of that motion, bearing the Clerk's

"Received" stamp, is submitted herewith.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing was served on March

13, 2007, by  first-class mail, postage prepaid, addressed to plaintiff's counsel:

DAVID F. BARTON, Esq.
THE GARDNER LAW FIRM, P.C.
745 EAST MULBERRY AVE., SUITE 100
SAN ANTONIO, TEXAS 78212-3167

DANIEL F. VAN HORN
D.C. Bar No. 924092
ASSISTANT UNITED STATES ATTORNEY
ROOM E-4116
555 FOURTH ST., N.W.
WASHINGTON, D.C. 20530
(202) 514-7168
daniel.vanhorn@usdoj.gov