IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROTHE DEVELOPMENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 06-MC-0281 (RMC) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of respondent's motion to vacate stay, deny plaintiff's motion to compel, quash the outstanding subpoena issued from this Court by petitioner to respondent, and dismiss this case, it is hereby

ORDERED, that respondent's motion is GRANTED; and it is

FURTHER ORDERED, that the subpoena issued by plaintiff from this Court to the United States Department of Justice is hereby QUASHED; and it is

FURTHER ORDERED, that this case is DISMISSED.

IT IS SO ORDERED on this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

DAVID F. BARTON, Esq.
THE GARDNER LAW FIRM, P.C.
745 EAST MULBERRY AVE., SUITE 100
SAN ANTONIO, TEXAS 78212-3167


DANIEL F. VAN HORN, Esq.
ASSISTANT UNITED STATES ATTORNEY
CIVIL DIVISION, ROOM E-4816
555 FOURTH ST., N.W.
WASHINGTON, D.C. 20530